UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| UNITED STATES OF AMERICA, | ) |
|---|---|
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 4:06CR216 CDP |
| | ) |
| ROBERT WEBB, | ) |
| | ) |
| Defendant. | ) |

## **ORDER**

This matter is before the Court on defendant Robert Webb's second motion to suppress evidence and statements.

Pursuant to 28 U.S.C. § 636(b), the motions were referred to United States Magistrate Judge Thomas C. Mummert. Judge Mummert held an evidentiary hearing on July 31, 2006, and thereafter filed his Report and Recommendation regarding the defendant's motions. No party has filed any objections to the Magistrate Judge's recommendations.

After fully considering the motions and the Report and Recommendation, the Court will adopt and sustain the thorough reasoning of Judge Mummert set forth in support of his recommended rulings.

Accordingly,

**IT IS HEREBY ORDERED** that the Report and Recommendation of the United States Magistrate Judge [#39] is **SUSTAINED, ADOPTED, and INCORPORATED** herein.

**IT IS FURTHER ORDERED** that defendant's motion to suppress evidence and statements [#34] is denied.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 25th day of October, 2006.